# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  'O'

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-08962-CAS-(KSx) | Date | May 18, 2018 |
| Title | MANUFACTURING AUTOMATION AND SOFTWARE SYSTEMS, INC. V. KRISTOPHER HUGHES, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - DEFENDANTS' EX PARTE APPLICATIONS (Dkts. 213, 216, 217, 218, filed May 16, 2018)

On May 16, 2018, defendants in the instant matter filed four ex parte applications requesting the Court (1) to strike plaintiff's untimely opposition to defendants' motion for partial summary judgment; (2) to strike plaintiff's opposition to defendants' motion to exclude; and (3) to strike the Declarations of Brian Turner and (4) Erik Laykin filed in support of plaintiff's opposition to defendants' motion for partial summary judgment. Dkts. 213, 216–218.

Given plaintiff's apparently untimely filing, the Court hereby continues the hearing on defendants' motion for partial summary judgment and motion to exclude from June 4, 2018 to **June 18, 2018**. Defendants shall file their reply in support of the motion for partial summary judgment on or before **June 4, 2018**. In light of the foregoing, the Court **DENIES** defendants' ex parte application to strike plaintiffs' opposition as moot.

With respect to defendants' second ex parte application to strike plaintiff's opposition to defendants' motion to exclude, the Court **DENIES** defendants' request to strike and **GRANTS** defendants' request to file a reply brief. Defendants may file a reply not to exceed ten pages on or before **May 25, 2018**.

/ / /

/ / /

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  'O'

| Case No. | 2:16-cv-08962-CAS-(KSx) | Date | May 18, 2018 |
|---|---|---|---|
| Title | MANUFACTURING AUTOMATION AND SOFTWARE SYSTEMS, INC. V. KRISTOPHER HUGHES, ET AL. | | |

The Court hereby takes defendants' third and fourth ex parte applications to strike the Declarations of Brian Turner and Erik Laykin under submission. Plaintiff may file a reply to each application, not to exceed five pages, on or before **June 4, 2018**.

Neither side shall seek further ex parte relief from the Court.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |