# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUFACTURING AUTOMATION & SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KRISTOPHER HUGHES; JAMES HUYSENTRUYT; INFORMATRAC, INC.; PCVUE INC.; EDWARD NUGENT; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:16-cv-8962-CAS-(KSx) <br><br> **JUDGMENT** <br><br> Hon. Christina A. Snyder <br><br> Jury Trial: February 5, 2019 <br> Jury Verdict: February 14, 2019 <br><br> Complaint Filed: December 2, 2016 |

Pursuant to the Special Verdicts rendered by the jury in the above-entitled matter on February 14, 2019, Dkt. Nos. 410 and 411, the Court hereby enters judgment in favor of defendants Kristopher Hughes, James Huysentruyt, InformaTrac, Inc., Edward Nugent, and PcVue, Inc. Plaintiff Manufacturing Automation & Software Systems, Inc. takes nothing. Defendants may move for costs pursuant to Federal Rule of Civil Procedure 54(d) and Central District of California Local Rule 54-1.

**IT IS SO ORDERED.**

Dated: March 29, 2019

_____
Hon. Christina A. Snyder
United States District Judge